**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JESSE LANCASTER, #339452                :

    Petitioner                                       :

v.                                                          :

                                                         Civil Action No. DKC-07-41

GARY N. HORNBAKER                      :

    Respondent                                  :
               . . . . . . . . .o0o. . . . . . . . .

**MEMORANDUM**

Pending is a pro se 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, as supplemented, filed by Jesse Lancaster, an inmate house at the Maryland House of Correction. Lancaster disputes two state warrants lodged against him and asks that they be "lifted." On January 10, 2007, the court directed Lancaster to supplement the petition to indicate whether he has availed himself of state court and administrative remedies prior to filing the federal habeas petition. Upon review of the pleadings, the court will dismiss the petition without prejudice.

In his supplement, Lancaster states the reason that he filed this action was to obtain information on how to contact the U.S. Marshal.[1] It does not appear that he is seeking federal habeas corpus relief at this time. Accordingly, the court will dismiss this petition without prejudice to its future refiling. A separate order follows.

February 6, 2007                                    _____/s/_____
Date                                                         DEBORAH K. CHASANOW
                                                                     United States District Judge

---

[1] The U.S. Marshal's Office can be contacted at: 101 West Lombard Street, Baltimore, Maryland 21201. The telephone number is: 410 962-2220.